UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALYSSA DOWLING,

Plaintiff,

v.

ERIC KOMITEE,

Defendant.

No. 2:26-cv-01859-TLN-AC

**ORDER**

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 7, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 5.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2026 (ECF No. 5) are adopted in full; and

2. This action is dismissed, without prejudice, for lack of prosecution and for failure

to comply with the court's order. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

IT IS SO ORDERED.

DATE: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE